IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00172-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO DISMISS |
| v. | ) | DUE TO ABATEMENT |
| | ) | |
| DAVID CLYDE MORGAN | ) | |

The matter before the Court is the United States' Motion for Order of Abatement filed by the United States on January 26, 2021.

Based on a review of the United States' Motion and for good cause shown, the United States' Motion is ALLOWED. The case as to the above-named Defendant, is hereby dismissed, due to reason of abatement.

SO ORDERED.

This, the **27** day of January, 2021.

                                                JAMES C. DEVER III
                                              UNITED STATES DISTRICT JUDGE